IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IRON WORKERS DISTRICT
COUNCIL OF SOUTHERN OHIO
& VICINITY BENEFIT TRUST, et al.,

    Plaintiffs,

v.

KINGDOM STEEL, LLC, et al.,

    Defendants.

:
:
:
:
:

Case No. 3:20-cv-433

JUDGE WALTER H. RICE

---

### ORDER STAYING AND ADMINISTRATIVELY PROCESSING CASE

---

On November 20, 2020, Defendants Kingdom Steel, LLC, James Elzy and Jon Harrold, filed Notice that each of them has filed a Voluntary Petition for Bankruptcy under Chapter 7 of the Bankruptcy Code. Doc. #6. Accordingly, the Court STAYS the above-captioned case and DIRECTS the Clerk to administratively process it.

Counsel shall notify the Court after the bankruptcy proceedings have concluded.

Date: December 14, 2020

                                                       *(signature)*
                                                       WALTER H. RICE
                                                       UNITED STATES DISTRICT JUDGE